UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 14-08755 |
|---|---|
| Alma J Wilson Blackwell | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/12/2014.

2) The plan was confirmed on 05/20/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/22/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 08/01/2017.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $30,454.23 |
| Less amount refunded to debtor | $57.71 |

**NET RECEIPTS:** $30,396.52

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,343.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,218.40 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,561.40

Attorney fees paid and disclosed by debtor: $657.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Allied Waste | Unsecured | 192.92 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 1,119.12 | 3,384.00 | 963.55 | 72.32 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 1,080.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 3,811.23 | 3,811.23 | 3,811.23 | 286.06 | 0.00 |
| ASSET MANAGEMENT OUT | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK FINANCE | Secured | 2,550.00 | NA | 3,495.00 | 3,495.00 | 138.50 |
| BLACKHAWK FINANCE | Unsecured | 945.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF COLLECTION RECOVER | Unsecured | 1,510.30 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CALUMET CITY | Unsecured | 270.00 | 540.00 | 540.00 | 35.56 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 480.00 | 654.00 | 654.00 | 43.06 | 0.00 |
| Collect Sys | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Collect Sys | Unsecured | 893.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION COMPANY OF AMERIC | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| Collection Management | Unsecured | 1,553.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 18,081.53 | 18,662.69 | 18,662.69 | 1,400.79 | 0.00 |
| CONTRACT CALLERS | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Unsecured | 75.86 | NA | 1,895.29 | 142.25 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | 1,895.29 | 0.00 | 0.00 | 0.00 |
| Crd Prt Asso | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DEPENDON COLLECTION SE | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT SERVICE | Unsecured | 604.66 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED COLLECTION SERV | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED COLLECTION SERV | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED COLLECTION SERV | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED COLLECTION SERV | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| DOLPHIN LAKE POINT ENCLAVE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SOLUTIONS | Unsecured | 558.71 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 925.00 | NA | NA | 0.00 | 0.00 |
| Homewood Chevrolet | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 1,082.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 289.77 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 1,371.78 | 169.48 | 169.48 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 0.00 | 299.00 | 0.00 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 6,000.95 | 9,715.35 | 9,715.35 | 729.22 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Joseph, Mann, & Creed | Unsecured | 85.61 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 563.00 | 863.41 | 863.41 | 64.81 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 2,600.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Associates | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Associates | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Associates | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | NA | 585.10 | 585.10 | 38.53 | 0.00 |
| MRSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 512.58 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 183.00 | 1,533.41 | 1,533.41 | 100.97 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 2,200.00 | 544.44 | 544.44 | 35.85 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | NA | 737.70 | 737.70 | 48.57 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | NA | 832.84 | 832.84 | 62.51 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 84.92 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MGMT | Unsecured | 582.66 | NA | NA | 0.00 | 0.00 |
| Riddle Assoc | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| RMI MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RMI MCSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Security Credit Servic | Unsecured | 947.00 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory | Unsecured | 513.40 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET HEALTH | Unsecured | 3,512.55 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS | Secured | 1,000.00 | 1,491.13 | 1,491.13 | 1,491.13 | 52.22 |
| TITLEMAX OF ILLINOIS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 730.00 | 1,068.03 | 1,068.03 | 80.16 | 0.00 |
| UNITED RECOVERY SERVICE | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Unknown (Original Creditor:Unknown) | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| US BANK TRUST | Unsecured | 38,763.00 | NA | NA | 0.00 | 0.00 |
| US BANK TRUST | Secured | 71,900.00 | 115,523.94 | 132,349.43 | 0.00 | 0.00 |
| US BANK TRUST | Secured | NA | 16,825.49 | 16,825.49 | 16,825.49 | 0.00 |
| VERIZON WIRELESS | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF DOLTON | Unsecured | 200.00 | 200.00 | 200.00 | 15.01 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Unsecured | 12,592.29 | 9,021.24 | 9,021.24 | 677.11 | 0.00 |
| West Asset Management | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| WESTWINDS REALITY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WOOD LAW | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $132,349.43 | $0.00 | $0.00 |
| Mortgage Arrearage | $16,825.49 | $16,825.49 | $0.00 |
| Debt Secured by Vehicle | $4,986.13 | $4,986.13 | $190.72 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$154,161.05** | **$21,811.62** | **$190.72** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$51,797.76** | **$3,832.78** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,561.40 |
| Disbursements to Creditors | $25,835.12 |
| **TOTAL DISBURSEMENTS** : | **$30,396.52** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/11/2017                           By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**